UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,      :

                            :

      Plaintiff,            :

                            :

v.                       :     Case No. 8:06-cr-1-T-30MSS

                            :

PERUE PRICE             :

                            :

      Defendant.       :

_____ :

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Dkt. #47) for the following property:

      a)     One .357 Smith and Wesson pistol, serial number BN56399; and

      b)     .357 caliber ammunition

1.     On August 25, 2006, the United States filed a Motion for Entry of a Preliminary Order of Forfeiture, seeking forfeiture of defendant Perue Price's interest in one .357 Smith and Wesson pistol and .357 caliber ammunition, pursuant to the provisions of 21 U.S.C. §§ 853(a)(1) and (2).  (Doc. 39).

2.     On August 29, 2006, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 40), forfeiting to the United States of America all right, title, and interest of defendant Perue Price in the one .357 Smith and Wesson pistol and .357 caliber ammunition.

3.      Notice of the Preliminary Order of Forfeiture as to defendant Perue Price was sent via certified mail, return receipt requested, to the following third parties known to have alleged an interest in the assets found subject to forfeiture:

a.      Cruz Franceschi, Probation Officer, 4510 Oak Fair Boulevard, Suite 250, Tampa, Florida 33610, Certified Mail No.  7004 1160 0003 5934 8474 on September 22, 2006; acknowledgment signed and returned 09/25/06.   Cruz Franceschi did not file a claim.

4.      In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the properties, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida on October 13, 2006, October 20, 2006 and October 27, 2006.  (Doc. 46). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

5.      On October 3, 2006, defendant Perue Price was sentenced at a hearing before United States District Judge James S. Moody, Jr, and the forfeiture was included in the Judgment.  (Docs. 43 and 44).

6.      No persons or entities, other than the defendant Perue Price, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and

the person and entity identified in paragraph 3 above, is known to have an interest in the subject property.  No third party has filed a Petition to Adjudicate Interest in the subject properties to date, and the time for filing such Petition has expired.

7.    The Court finds that the subject property is the property of defendant Perue Price.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Dkt. #47) is GRANTED.  It is FURTHER ORDERED that all right, title and interest in the following property are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. §§ 853(a)(1) and (2) and Fed. R. Criminal. P. 32.2(c)(2), for disposition according to law.

a)    One .357 Smith and Wesson pistol, serial number BN56399; and

b)    .357 caliber ammunition.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on February 6, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Tonya L. Shotwell,  AUSA
Counsel/Parties of Record

F:\Docs\2006\06-cr-1.FJ forfeiture 47.wpd